# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

EUGENE LYNELL CHERRY

v.

Case Number:

(Full name of defendant(s))

Warden Eckstein, Jean Lutsey, nurse practitioner Peterson, Mary alsteen, and John Doe (male nurse)

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__, and is located at
   (State)
   __P.O. Box 19033, Greenbay, WI 54307__
   (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Warden Eckstein, Jean Lutsey, nurse practitioner Peterson, Mary alsteen, and John Doe (male nurse).__
   (Name)

Complaint – 1

is (if a person or private corporation) a citizen of __Wisconsin__
(State, if known)

and (if a person) resides at __unknown__
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __D.O.C - GBCI   2833 riverside Dr., Greenbay WI 54307__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On 9·29·16, plaintiff was without requesting it, called to HSU (Health service unit), by nurse practitioner peterson and an unknown female nurse and checked for High Blood pressure, and weight. While being checked, plaintiff complained to peterson about having 'severe' pain in His testicle, and peterson told plaintiff to put in a blue slip to be seen by the nurse and when the nurse schedules me to be seen by peterson that she peterson will then see me about my pain in my testicle, and until then,

Complaint – 2

Case 1:16-cv-01606-WCG   Filed 12/05/16   Page 2 of 6   Document 1

take 'TYLENOL' — thus 'refusing' to address my 'excruciating' pain in my 'testicle'. The 'severe' pain 'worsened' after a few days, and plaintiff put in a Blue slip to see the 'prison DR." on 10-5-16, and on 10-6-16 plaintiff was called to HSU by nurse mary alsteen and only asked a few questions about the 'testicle' pain, and when plaintiff told alsteen that the pain was 'excruciating' and he needed to see the "DR." immediately, nurse alsteen told plaintiff "that's not how it goes", and that she'll schedule plaintiff to see Dr. allen on 11-15-16 — thus 'refusing' to Let plaintiff see the DR. and sent plaintiff back to the unit suffering 'excruciating' testicle pain— on 10-21-16, plaintiff was again called to HSU without his requesting, for a Blood pressure check, by a John Doe male nurse, and complained about 'excruciating'

pain in my 'testicle' and that I needed to see the "DR." the unknown male nurse, looked in my Health file and told me that I see the "DR." in November, 2016, and that there's nothing he could do for me except tell me to continue taking the 'Tylenol' — thus, 'refusing' to let me see the "DR." about the 'excruciating' pain in my 'testicle' — on 9-30-16 plaintiff sent a prison request form to Jean Lutsey - GBCI Health Service unit supervisor, complaining about 'practitioner' Peterson 'refusing' to address my complaint about a 'severe pain' in my testicle and Jean Lutsey, 'ignored' my request and did not respond —

Warden Eckstein, is in charge of all departments in GBCI, and his office 'affirmed' the dismissal of plaintiff's inmate complaint ICE report number GBCI-2016-21474.

On 10-26-16 after 'constant' verbal complaints, plaintiff was 'finally' called to HSU and examined by 'DR. Allen' and told that he might have 'hernia', — scheduled for 'ultrasound'-, and prescribed/given a scrotal supporter to hold up testicles.

As of 12-4-16, plaintiff has not had ultrasound and still suffers 'severe pain' in his testicle —

All acts by each defendant was "intentionally" done, and violated plaintiff's 8th amendment Right to be free from cruel & unusual punishment and deliberate indifference. And cause plaintiff (continue) excruciating pain.

C.  JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

all officials are being sued in their personal and official capacities — all remedies have been exhausted — plaintiff continues to suffer 'excruciating' pain in his testicle — plaintiff seeks $500,000°° in compensatory damages and $1,000,000°° in punitive damages against the defendants, and an order telling defendants to in the future not deny inmates medical treatment when complaining about a condition during HSU visit.

E.  JURY DEMAND

I want a jury to hear my case.

☑ – YES      ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this _4th_ day of _December_ 20_16_.

Respectfully Submitted,

_Eugene Cheeba_
Signature of Plaintiff

_#195971_
Plaintiff's Prisoner ID Number

_P.O. Box 19033_
_Greenbay, WI 54307_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5

Case 1:16-cv-01606-WCG   Filed 12/05/16   Page 6 of 6   Document 1